IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD VAUGHN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 06-0734** |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

## ORDER

**AND NOW,** this 31st day of October, 2006, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review in the nature of a motion for summary judgment (Document No. 10), the Defendant's Response to Request for Review of Plaintiff in the nature of a cross motion for summary judgment (Document No. 11), the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document No. 13), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Magistrate Judge's Report is **APPROVED** and his Recommendation is **ADOPTED**;

2. The plaintiff's motion for summary judgment is **GRANTED**;

3. The defendant's motion for summary judgment is **DENIED**; and

4. The decision of the Commissioner of Social Security is **VACATED** and this case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

                                                               s/ Timothy J. Savage
                                                               TIMOTHY J. SAVAGE, J.